# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

U.S.A. vs. Sharon Renee Barefoot       Docket No. 5:05-CR-323-2
                                                  5:05-CR-325-1

### Petition for Action on Probation

COMES NOW Chip Williams, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Sharon Renee Barefoot, who, upon an earlier plea of guilty to Conspiracy to Receive, Possess and Dispose of Stolen Firearms in violation of 18 U.S.C. § 371, Possession or Disposal of Stolen Firearms; Aiding and Abetting in violation of 18 U.S.C. §§ 922(j), 924, and 2, Manufacture and Possession of an Unregistered Destructive Device in violation of 26 U.S.C. §§ 5861(c), 5861(f), and 5871, and False Statement in violation of 18 U.S.C. § 1001, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on November 14, 2007, to a 48 month term of probation under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall abide by all conditions and terms of the home detention program for a period not to exceed 180 consecutive days. The defendant shall be restricted to her residence at all times except for pre-approved and scheduled absences for employment, education, religious activities, treatment, attorney visits, court appearances, court obligations or other activities as approved by the probation officer.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On February 6, 2009, a Violation Report was submitted advising the defendant was charged with felony Larceny by an Employee. The defendant pleaded guilty on May 7, 2009, to the reduced charge of misdemeanor Larceny. The state court sentenced the defendant to 45 days imprisonment, suspended, 24 months supervised probation. She is required to pay restitution of $1,260. The defendant is employed and there have been no other violations. It is recommended the violation be addressed by the imposition of a sanction consisting of three (3) weekends in jail. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall be confined in the custody of the Bureau of Prisons from 5:00 p.m. each Saturday until 9:00 a.m. each Monday for a period of 3 consecutive weekends, as arranged by the probation officer, and shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

Sharon Renee Barefoot
Docket No. 5:05-CR-323-2
Petition For Action
Page 2

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Kevin L. Connolley<br>Kevin L. Connolley<br>Officer-In-Charge | /s/ Chip Williams<br>Chip Williams<br>U.S. Probation Officer<br>2 Princess Street, Suite 308<br>Wilmington, NC 28401-3958<br>Phone: (910) 815-4857<br>Executed On: June 9, 2009 |

## ORDER OF COURT

Considered and ordered this 10 day of June, 2009, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge